1

2  Kenneth B. Quansah, Jr
   P.O.Box 51759
3  San Jose, CA 95151-5759

4  Telephone (408)629-7026

5
   Plaintiff, pro-se
6

7

8

9

10             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
11
    KENNETH B. QUANSAH, JR.,                    )  Case No. C08 01012 JF HRL
12                  Plaintiff,                  )
                                                )
13                                              )  COMPLAINT
                                                )  FOR
14                                              )  PUNITIVE
                                                )  DAMAGES,
15                                              )  COMPENSATORY
                                                )  DAMAGES AND
16         Vs.                                  )  DAMAGES
                                                )
17                                              )
                                                )  DEMAND JURY
18                                              )  TRIAL
                                                )
19                                              )
                                                )
20  7-ELEVEN STORE # 25561 (JAY MOUSAVI, SADU SIGH), )
    7-ELEVEN CORPORATION (JAY MOUSAVI) and      )
21  META TECHNOLOGIES, INC. (GARICK / GORE), A.K.A., )
                    Defendants.                 )
22                                              )
                                                )
23                                              )
                                                )
24

25

26

27

28

Stamps: FILED 2008 FEB 20 A 11:23 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA S.J.; ADR; IFP NP; 5

I, KENNETH B. QUANSAH, JR., plaintiff, complains of defendants 7-Eleven store # 25561 (Jay Mousavi, Sadu Sigh), 7-Eleven Corporation (Jay Mousavi ) and Meta Technologies, Inc. (Garick / Gore), a.k.a., for cause of action alleges;

1. The jurisdiction of this court is invoked. The above defendant 7-Eleven Store #25561 (Jay Mousavi, Sadu Sigh) has its principal work place in San Jose, California and it is a resident of San Jose, California. Defendant 7-Eleven Corporation (Jay Mousavi), does business in San Jose, California.

   The above defendant Meta Technologies, Inc.(Garick / Gore ) a.k.a. has its principal work place in Mountain View, California and it is a resident of Mountain View, California. Mountain View, California is within Santa Clara County and Santa Clara County is under the jurisdiction of United States District Court for the Northern District of California.

2. Plaintiff Kenneth B. Quansah, Jr., is a resident of San Jose, California and San Jose, California is his permanent place of abode.

3.. The above cases started on the employers jobs within Santa Clara County . The venue herein is Santa Clara County and San Jose, California is the venue proper. Plaintiff therefore avers 28 U.S.C. Sec. 1391 for the subject matter venue.

4. Defendants 7-Eleven Store # 25561 and 7-Eleven Corporation are not charge in this complaint however, defendants are responsible and liable for all wrong done by their employees in this complaint

5. The issues and questions of law in 7-Eleven Store # 25561 case, 7-Eleven Corporation case and Meta Technologies, Inc. case are very related.

6. Plaintiff herein, invoke the jurisdiction of this court 28 U.S.C. Sec. 1343(a) to confer jurisdiction on the District Court to hear this case. Plaintiff also avers diversity jurisdiction in this case. Plaintiff herein confers jurisdiction on this court to hear this civil rights action involving intentional neglect and deprivation of his Constitutional protected rights.

7. Plaintiff demands a jury trial for all issues legally necessary for a trial by jury. Plaintiff invokes Fed, R. Civ. P. Rule 38 for this cause.

### FIRST CAUSE OF ACTION

1. Plaintiff sue defendants 7-Eleven Store # 25561 (Jay Mousavi, Sadu Sigh),

7-Eleven Corporation (Jay Mousavi) and Meta Technologies, Inc. (Garick / Gore) for deprivation of his Constitutional rights under the due process clause of the Fourth and Fourteenth Amendment.

Defendant 7-Eleven Store # 25561 and 7-Eleven Corporation employees conspired with San Jose, California police herein, arrested him and detained him in a police cell / custody to intimidate him for asking for his unpaid wages or over due pay checks.

2. Plaintiff sue defendants, 7-Eleven Store # 25561 (Jay Mousavi, Sadu Sigh) and 7-Eleven Corporation (Jay Mousavi) for violation of Title VII, 42 U.S.C. Sec. 2000 et seq.

3. Plaintiff sue all the above defendants in this case for violation of his civil rights under 42 U.S.C. Sec. 1983.
Plaintiff claims he was kept uninformed about his weekly pay checks or wages.

4. Plaintiff sue 7-Eleven Store #.25561 (Jay Mousavi, Sadu Sigh ) and 7-Eleven Corporation (Jay Mousavi ) for violation of his civil rights under 42 U.S.C. Sec. 1985.
Defendants conspired and corroborated with San Jose, California police in a false arrest and detention to intimidate plaintiff.

5.. Plaintiff sue all the above defendants for deprivation of his Constitutional rights under the equal protection clause of the Fourteenth Amendment.

6. Plaintiff sue all the above defendants for deprivation of his civil rights under 42 U.S.C. Sec. 1981.
Plaintiff claims for disparity and hostility in deprivation of above civil rights and Constitutional Rights.

## SECOND CAUSE OF ACTION

1. Plaintiff sue above defendants for negligence.

2. Plaintiff sue defendants 7-Eleven Store # 25561 (Jay Mousavi, Sadu Sigh) 7- Eleven Corporation (Jay Mousavi) for unpaid wages in the amount of Thirteen thousand one hundred sixty one dollars and fifty cents ($13,161.50).

3.. Plaintiff sue above defendants for harassment.

4. Plaintiff sue all the above defendants for punitive damages as a result of above deprivation.

5. Plaintiff sue above defendants for mental suffering, intentional infliction of emotional distress, mental anguish and mental depression.

6. Plaintiff sue all the above defendants for humiliation.

7. Plaintiff sue above defendants for out of pocket expenses.

8 .Plaintiff sue above defendants for compensatory damages and general damages.

9. Plaintiff sue above defendants for violation of California Labor Code Sec. 216 for refusing to pay wages, for false denial of past due wages and the validity of the wages.

10. Plaintiff sue defendant 7-Eleven Store # 25561 (Jay Mousavi, Sadu Sigh) for cause of action and for damages in the sum of Seven hundred fifty thousand dollars ($750,000.00).

11. Plaintiff sue defendant 7-Eleven Corporation (Jay Mousavi ) for cause of action and for damages in the sum of three hundred fifty thousand dollars ($350,000.00 ).

12. Plaintiff sue defendant Meta Technologies Inc. (Garick / Gore ) a.k.a. for cause of action and for damages in the sum of five hundred thousand dollars ($500,000.00 ).

13. Plaintiff sue all above defendants for cause of action and for total damages in the sum of One million, six hundred thousand dollars ($1,600,000.00 ).

14. Plaintiff prays for relief and seeks to recover the total sum of damages brought against above defendants.

*/s/ Bquansahh*

KENNETH B. QUANSAH, JR.,
Plaintiff, pro-se

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS
KENNETH B. QUANSAH JR.

**DEFENDANTS** 7-ELEVEN STORE #25561 (JAY MOUSAVI, SADU SIGH) 7-ELEVEN CORPORATION (JAY MOUSAVI) META TECHNOLOGIES, INC.

(b) County of Residence of First Listed Plaintiff: SANTA CLARA COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: UNKNOWN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): Pro-Se    ADR

Attorneys (If Known): UNKNOWN

C08 01012 JF
SANTA CLARA COUNTY HRL

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 690 Other | LABOR | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | | 710 Fair Labor Standards Act | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | PERSONAL INJURY | 720 Labor/Mgmt. Relations | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | 362 Personal Injury—Med. Malpractice | 730 Labor/Mgmt.Reporting & Disclosure Act | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 365 Personal Injury — Product Liability | 740 Railway Labor Act | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | 368 Asbestos Personal Injury Product Liability | 790 Other Labor Litigation | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | PERSONAL PROPERTY | 791 Empl. Ret. Inc. Security Act | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | 370 Other Fraud | SOCIAL SECURITY | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 371 Truth in Lending | 861 HIA (1395ff) | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 380 Other Personal Property Damage | 862 Black Lung (923) | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 385 Property Damage Product Liability | 863 DIWC/DIWW (405(g)) | FEDERAL TAX SUITS |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | PRISONER PETITIONS | 864 SSID Title XVI | 870 Taxes (U.S. Plaintiff or Defendant) |
| | 440 Other Civil Rights | 510 Motions to Vacate Sentence Habeas Corpus: | 865 RSI (405(g)) | 871 IRS—Third Party 26 USC 7609 |
| | | 530 General | IMMIGRATION | 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | 535 Death Penalty | 462 Naturalization Application | 950 Constitutionality of State Statutes |
| | | 540 Mandamus & Other | 463 Habeas Corpus – Alien Detainee | |
| | | 550 Civil Rights | 465 Other Immigration Actions | |
| | | 555 Prison Condition | | |

### V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): Violation of Sec. 1983
Brief description of cause: Refused to pay wages.

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 1,600,000.00
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE                   SIGNATURE OF ATTORNEY OF RECORD