FILED

2008 FEB 20 A 11: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

C08 01012 JF

Plaintiff,  CASE NO. _____

vs.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

Defendant.

HRL

I, KENNETH B. QUANSAH declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.     Received
2 | September, 2006 — $100.00
3 | _____
4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a.    Business, Profession or               Yes ____ No ✓
8 |          self employment?
9 |     b.    Income from stocks, bonds,           Yes ____ No ✓
10 |          or royalties?
11 |     c.    Rent payments?                         Yes ____ No ✓
12 |     d.    Pensions, annuities, or               Yes ____ No ✓
13 |          life insurance payments?
14 |     e.    Federal or State welfare payments,     Yes ____ No ✓
15 |          Social Security or other govern-
16 |          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____

21 | 3. Are you married?                                    Yes ____ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a.    List amount you contribute to your spouse's support:$ _____
27 |     b.    List the persons other than your spouse who are dependent upon you for support
28 |          and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

```
 1                children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
 2   _____
 3   _____
 4   5.     Do you own or are you buying a home?           Yes ___ No _✓_
 5   Estimated Market Value: $_____ Amount of Mortgage: $_____
 6   6.     Do you own an automobile?                      Yes ___ No _✓_
 7   Make _____ Year _____ Model _____
 8   Is it financed? Yes ____ No _____ If so, Total due: $ _____
 9   Monthly Payment: $ _____
10   7.     Do you have a bank account?  Yes ___ No _✓_ (Do not include account numbers.)
11   Name(s) and address(es) of bank: _____
12   _____
13   Present balance(s): $ _____
14   Do you own any cash? Yes ___ No ___ Amount: $ 60.00
15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16   market value.)                                         Yes ___ No _✓_
17   _____
18   8.     What are your monthly expenses?
19   Rent: $ _____                    Utilities: _____
20   Food: $ _____                    Clothing: _____
21   Charge Accounts:
22   Name of Account         Monthly Payment          Total Owed on This Account
23   _____              $ _____             $ _____
24   _____              $ _____             $ _____
25   _____              $ _____             $ _____
26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
27   they are payable.  Do not include account numbers.)
28   _____
```

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___  No ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _____
7   _____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11   2-20-08                           /s/ B. Duansa____
12         DATE                            SIGNATURE OF APPLICANT

- 4 -