**E-Filed 04/02/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH QUANSAH, JR.<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN STORE # 25561,<br>7-ELEVEN CORPORATION and META<br>TECHNOLOGIES, INC.<br><br>Defendants. | Case Number C 08-01012 JF/HRL<br><br>ORDER[1] DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITH LEAVE TO FILE A COMPLETE APPLICATION |

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fee necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F. 2d 614, 616 (9th Cir. 1990). While Plaintiff states that during the last 12 month period he has earned an income of approximately

---

[1] This disposition is not designated for publication and may not be cited.

1  $100.00, he does not provide the Court with the complete financial information required.
2  Specifically, Plaintiff has not indicated his monthly expenses and current debts. Accordingly,
3  Plaintiff's application to proceed *in forma pauperis* is DENIED, with leave to file a complete
4  application.
5  IT IS SO ORDERED.

7  DATED: April 2, 2008

  _____
  JEREMY FOGEL
  United States District Judge

1  This Order has been served upon the following persons:

2  Kenneth B. Quansah
   PO Box 51759
3  San Jose, CA 95151-5759

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-01012
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITH LEAVE TO FILE A COMPLETE APPLICATION
(JFEX3)