NC

1  KENNETH B. QUANSAH, JR.
2  P.O. BOX 51759
3  SAN JOSE, CA 95151
4  PHONE: (408) 629-7026
5  MESSAGE PHONE:
6  (408) 745-0437

FILED

2008 APR 15 A 11: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH B. QUANSAH, JR.
                Plaintiff,

vs.

7-ELEVEN STORE #25561
et al
                Defendant.

CASE NO. C08 01012 JF

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, KENNETH B. QUANSAH, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes ___  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  ~~7-11 STORE — LAST DAY OF WORK - SEPT 8, 2006~~
3  ~~I RECEIVED $100.00 ON LAST DAY OF WORK~~
4  ~~BUT HAD NOT RECEIVED ANY PAY CHECK SINCE~~
5  ~~I STARTED WORKING IN 7-11.~~
   2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7     a.   Business, Profession or                              Yes ___ No _X_
8          self employment?

9     b.   Income from stocks, bonds,                           Yes ___ No _X_
10         or royalties?

11    c.   Rent payments?                                       Yes ___ No _X_
12    d.   Pensions, annuities, or                              Yes ___ No _X_
13         life insurance payments?

14    e.   Federal or State welfare payments,                   Yes ___ No _X_
15         Social Security or other govern-
16         ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.

19  _____
20  _____

21  3.   Are you married?                                       Yes ___ No _X_
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____
26  4.   a.   List amount you contribute to your spouse's support:$ _____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

_____

Present balance(s): $ __N/A__

Do you own any cash? Yes _X_ No ___ Amount: $ 60.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ 350.00    Utilities: $50.00 OR LESS

Food: $ 140.00 OR LESS, Clothing: USE OLD CLOTHING

Charge Accounts: N/A

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) I DO HAVE PAST DUE RENT FOR MORE THAN TWO YEARS OVER $5000.

*[Handwritten above line 1:]* PAYABLE TO CHET $300.00   ROBERT RESEE $500.00

*[Handwritten above line 2:]* I HAVE TO STAY AT COUNTY SHELTER NOW!

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ☒

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

04/15/08                              *[signature]*
DATE                                  SIGNATURE OF APPLICANT


OBLIGATIONS
_____

IRS — $2,500 plus Late Charges

Franchise Tax — $500.00 plus Late Charges

-4-