1

\*\*E-Filed 5/27/2008\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH B. QUANSAH,<br><br>          Plaintiff,<br><br>v.<br><br>7-ELEVEN STORE # 25561 et.al.,<br><br>          Defendants. | Case Number C 08-1012<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 5] |

    Plaintiff, Kenneth B. Quansah ("Quansah") brings this action against Defendant Seven-Eleven pursuant to Title VII, 42 U.S.C. § 1981 and the due process clause. Quansah has also filed an application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court is satisfied that Quansah cannot pay the filing fee and that the instant action is not frivolous or without merit and therefore will grant his application to proceed *in*

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 08-1012
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

Case 5:08-cv-01012-JF    Document 6    Filed 05/27/2008    Page 2 of 3

*forma pauperis*. The U.S. Marshals' Service shall effect service of process.

DATED: May 27, 2008.

                                  JEREMY FOGEL
                                  United States District Judge

2

Case No. C 08-1012
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1  This Order has been served upon the following persons:

2

3  Kenneth B. Quansah, Jr.
   PO Box 51759
   San Jose, CA 95151-5759
4  408-629-7026
   PRO SE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 08-1012
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)