# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, June 20, 2008
**Case Number:** CV-08-1012-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:          KENNETH QUANSAH, JR.   V.   7-ELEVEN STORE #25561

               PLAINTIFF                              DEFENDANT

**Attorneys Present:**                          **Attorneys Present:**

PROCEEDINGS:
   Case management conference held.  There are no appearances.  The case is set for Order to Show Cause re Dismissal Hearing on 7/25/08 at 10:30 a.m.