UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH QUANSAH, JR., <br>     Plaintiff, <br> V. <br> 7-ELEVEN STORE, <br>     Defendants. | Case No.  CV-08-1012-JF <br><br> ORDER TO SHOW CAUSE RE: DISMISSAL |

    The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on June 20, 2008 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues this ORDER TO SHOW CAUSE, to be heard on July 25, 2008 at 10:30  a.m., as to why this action should not be dismissed for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by July 15, 2008, demonstrating why the case should not be dismissed, the Court  will dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: June 25, 2008

                                              JEREMY FOGEL <br>
                                              United States District Judge