# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KENNETH B. QUANSAH, JR. | C08-1012 JF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 7-ELEVEN STORE #25561, ET AL | SEE BELOW |

**SERVE** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE CHIEF EXECUTIVE; 7-ELEVEN, INC. CORPORATE HEADQUARTERS

**AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 711 DALLAS, TX 75221-0711

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KENNETH B. QUANSAH, JR.
PO BOX 51759
SAN JOSE, CA 95151-5759

Number of process to be served with this Form - 285: **2**
Number of parties to be served in this case: **3**
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

Filed
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
GORDANA MACIC
TELEPHONE NUMBER: 408-535-5382
DATE: 6/9/2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | | 06/16/08 |

Date of Service: 6/23/08
Time: U.S. Mail

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | $45 | |

REMARKS:
06/16/08 Mailed U.S. Certified Return Receipt
07/01/08 Received acknowledgment of service

EXECUTED

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Calfornia

KENNETH B. QUANSAH, JR.
_____
Plaintiff
v.
7-ELEVEN STORE #25561, ET AL
_____
Defendant

)
)
)
)
)

Civil Action No.    CV 08-01012 JF

## Summons in a Civil Action

To: *(Defendant's name and address)*
   The Chief Executive
   7-Eleven Inc.
   Corporate Headquarters
   P.O. Box 711
   Dallas, TX 75221-0711

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Kenneth B. Quansah, Jr.
   PO Box 51759
   San Jose, CA 95151-5759

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

Date: _6/9/08_

Andrea Jisie
_____
Deputy clerk's signature

EXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___06/23/08___,
by:

   (1) personally delivering a copy of each to the individual at this place, _____
_____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other (specify)   Received acknowledgement of service
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: ___7/01/08___

_____
Server's signature

Donard Harrell Jr.                USMS
_____
Printed name and title

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE,
_____
Server's address

EXECUTED