| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

*(stamped: FILED 7/10/08 ENTERED)*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KENNETH B. QUANSAH, JR. | C08-1012 JF |
| DEFENDANT | TYPE OF PROCESS |
| 7-ELEVEN STORE #25561, ET AL | SEE BELOW |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

THE CHIEF EXECUTIVE; META TECHNOLOGIES, INC.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

855 MAUDE AVENUE   MOUNTAIN VIEW, CA 94043

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KENNETH B. QUANSAH, JR.
PO BOX 51759
SAN JOSE, CA 95151-5759

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. SUMMONS AND COMPLAINT
2. ORDER OF SERVICE

*(stamped: Filed JUL - 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE)*

| Signature of Attorney or other Originator requesting service on behalf of: GORDANA MACIC  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 408-535-5382 | DATE 6/9/2008 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 6/24/08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 7/2/08  Time 0830 pm |
| *(stamped: UNEXECUTED UNEXECUTED)* | Signature of U.S. Marshal or Deputy |

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:   UNKNOWN  AT  ADDRESS  STATED   KL

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| KENNETH B. QUANSAH, JR. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.   CV 08-01012 JF |
| 7-ELEVEN STORE #25561, ET AL | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   The Chief Executive
   Meta Technologies, Inc.
   855 Maude Avenue
   Mountain View, CA 94043

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Kenneth B. Quansah, Jr.
   PO Box 51759
   San Jose, CA 95151-5759

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 6/9/08

Deputy clerk's signature

UNEXECUTED

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __6/24/08__,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on __6/24/08__; or

(5) other (specify) _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __07/01/08__

_____
Server's signature

__Donald Harris Jr          USMS__
Printed name and title

UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113

Server's address

**UNEXECUTED**
**UNEXECUTED**
**UNEXECUTED**