Clerk's Use Only

Initial for fee pd.:

ERIC A. WELTER
Welter Law Firm, P.C.
720 Lynn Street, Suite B
Herndon, Virginia 20170
703-435-8500

**FILED**

2008 JUL 16  P 3 57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KENNETH B. QUANSAH, JR.

Plaintiff(s),

v.

7-ELEVEN STORE #25561 (JAY MOUSAVI, SADU SIGH), ET AL.

Defendant(s).          /

**CASE NO.** CV 08-01012 JF HRL

**APPLICATION FOR
ADMISSION OF ATTORNEY
_PRO HAC VICE_**

Pursuant to Civil L.R. 11-3, ERIC A. WELTER , an active member in good standing of the bar of VIRGINIA , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing 7-ELEVEN, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

RICHARD S. FALCONE, PAYNE & FEARS LLP, One Embarcadero Center, Suite 2300, San Francisco, CA 94111, (415) 398-7860

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-14-08

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003534
Cashier ID: harwellt
Transaction Date: 07/16/2008
Payer Name: Walter Law Firm
----------------------------------------
PRO HAC VICE
 For: Eric A. Walter
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 2935
 Amt Tendered: $210.00
----------------------------------------
Total Due:        $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 08-1012-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.