RECEIVED
2008 JUL 16 PM 3:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

KENNETH B. QUANSAH, JR.

                Plaintiff(s),

v.

7-ELEVEN STORE #25561 (JAY MOUSAVI, SADU SIGH), ET AL.

                Defendant(s).

CASE NO. CV 08-01012 JF HRL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

ERIC A. WELTER, an active member in good standing of the bar of the SUPREME COURT OF VIRGINIA whose business address and telephone number (particular court to which applicant is admitted) is

WELTER LAW FIRM, P.C., 720 Lynn Street, Suite B, Herndon, Virginia, 703-435-8500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                          United States District    Judge