UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Show Cause Hearing, July 25, 2008
**Case Number:** CV-08-1012-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:         KENNETH QUANSAH, JR.   V.   7-ELEVEN STORE #25561

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: | Attorneys Present: Richard Falcone, Gary Wesley |

---

PROCEEDINGS:
   Show cause hearing held.  Plaintiff is not present.  The case is dismissed without prejudice for failure to prosecute.