Kenneth B. Quansah, Jr.
P.O. Box 51759
San Jose, CA 95151-5759
Telephone (408)629-7028

**RECEIVED**
2008 SEP -8 AM 9:11
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Plaintiff, pro-se

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH B. QUANSAH, JR., <br>       Plaintiff, <br><br><br><br><br><br><br><br><br><br> Vs. <br><br> 7-ELEVEN STORE # 25561 (JAY MOUSAVI, SADU SIGH), <br> 7-ELEVEN CORPORATION (JAY MOUSAVI) and <br> META TECHNOLOGIES, INC. (GARICK/GORE), A.K.A., <br>       Defendants. | Case # C0801012 <br><br> REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO 7-ELEVEN MOTION <br><br><br><br><br><br><br><br><br><br><br> Date: Sept 12, 2008 <br> Time: 9:00 a.m. <br> Place: U.S. Court-House, Rm.3, 5th fl <br> Judge: Hon. J. Fogel |

---

To defendant 7-Eleven Corporation (Inc.) and defendant's Attorney s of record.

1

2  I request fourteen (14) day leave extension of time from September 8, 2008 to file plaintiff's opposit ion to defendant's motion on September 22, 2008. My

3  computer broke down and deleted most of the work I did for the motion. I am also working on California Superior court Appeals case.

4

5

6  I certify that plaintiff's request for extension of time is hereby,

7  Granted:

8  Denied:

9

10 Dated: _____    _____

                                        Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Affidavit of service

I hereby declare under penalty of perjury that copies of plaintiff's R equest
For extension of tme to file opposition were mailed first class, postage prepaid,
To defendant's Attor neys on September 8, 2008 as follows:

    Mr. Richard S. Falcone
    Mr. Stephen K. Robinson
    PAYNE & FEARS, LLP
    One Embarcadero Center, Suite 2300
    San Francisco, CA 94111

    */s/ Kenneth B. Quansah, Jr.*
    Kenneth B. Quansah, Jr.
    Plaintiff, pro-se

i