**E-Filed 9/9/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH B. QUANSAH, JR., <br><br> Plaintiff, <br><br> v. <br><br> 7-ELEVEN STORE #25561 (JAY MOUSAVI, SADU SINGH), et al., <br><br> Defendants. | Case Number C 08-1012 JF (HRL) <br><br> ORDER (1) DENYING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION; AND (2) VACATING HEARING DATE <br><br> [re: doc. no. 24] |

On September 8, 2008, Plaintiff filed a request for extension of time to file opposition to the motion to dismiss that was filed on July 14, 2008 by Defendant 7-Eleven, Inc. Plaintiff's request is DENIED on the ground that on July 25, 2008 the Court dismissed the action without prejudice for failure to prosecute following Plaintiff's failure to appear in response to an Order to Show Cause. Because the case is closed, the hearing on the motion to dismiss is VACATED. If Plaintiff wishes to proceed with this action, he may file a motion pursuant to Fed. R. Civ. P. 60(b) seeking relief from the order of dismissal.

IT IS SO ORDERED.

DATED: 9/9/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-1012 JF (HRL)
ORDER (1) DENYING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION ETC.
(JFLC2)

1  Copies of Order served on:

3  Eric A. Welter eaw@welterlaw.com, eawelter@verizon.net

4  Richard S. Falcone rsf@paynefears.com, bbirchett@paynefears.com,
   SF.CourtNotices@paynefears.com
5

6  Gary Bruce Wesley
7  Attorney at Law
   707 Continental Circle #424
8  Mountain View, CA 94040

9  Kenneth B. Quansah, Jr
10 PO Box 51759
   San Jose, CA 95151-5759
11

2

Case No. C 08-1012 JF (HRL)
ORDER (1) DENYING REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION ETC.
(JFLC2)